FILED - USDC -NH
2023 OCT 11 PM 1:11

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

INOSENCIO BAEZ SAMORA

Plaintiff(s)

v.

COMPLAINT

UPS-SCS

Defendant(s)

### Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Inosencio Baez Samora
192 Appleton St. Lowell, MA 01853
P.O BOX 8582
Cell- 857-343-4718 - 617-943-9886

Defendant(s)'s Name, Address and Phone Number

UPS-SCS / Pratt & Whitney    Tel. 860-565-0353
52 Pettingill Road
Londonderry, NH 03053

UPS World Headquarter   Tel. 800 742-5877
55 Glenlake PKWY NE.
~~Spaldingwoods~~
Atlanta, GA 30328

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

when applying for others positions, whithin a weeks the Jobs description it was changed or deleted from the Systems. Depending on the way I dress or days of the weeks, co-worker and supervisor will play the game that I was someone else. Calling me 'sir'. threating me with respect, or others days they didn't want to speak with me. In others occasion I noticed that they try to tell me that I was ilegal or using someone documents. I was ask to sing my name over and over and to take multiples DNA test. such as fingerprints. and Saliva, Same as drugs test.

After I quit the Jobs, I contacted NH labor department via e-mail and never received answer. I personally visit the office of the NH commissioner in concord and file a complain against UPS-SCS and nothing happened. Before quitong my Job I spoke with my Supervisor, manager, and had meeting with HR department and did not received help. So I decide to quit. I lost my apartment, because I was not making enough money to pay rent, I was asked to work in Second shift, for a short period of time, and later my manager didn't went to give me my position back (first shift) So, I contacted Georgia H.R department, I was blocked from Sending e-mail, and the IT department, was stopping and re-writting my e-mail. Telling H.R that I do not know how to spell words in Inglish, white or sent e-mail. I started making $14.00 p/h and 16 as team leader, still my pay it was lowered than many others employee. I was constally fallow by people by cat or on foots, and my cell was interuine all the time, even employee was able to listening to my conversation.

Since 2016, after I was evicted from my apartment, I've been homeless, and I blame UPS-scs management. My mother is homeless as well in Dominican Republic, because I don't have a place for her. All this false history about me is not more than humiliation to me and family a scam to fool others. causing damage to my personality which I've been having hard time to find a Job. I had to stop school because all this rumours, been homeless, no having a Job. I would like to UPS-scs to be hold accountable for this hardship that I've been through-out all this years.

I don't know the amount of money that I can order to be paid in this court, but I would like a restoration for $4,750,000.00 This is for the damage caused to me and family. if this amount eced the amount allowed in this court, I please ask the court to set the right amount.

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

I'm Filing this civil Complain against UPS-SCS because the preview case (226-2021-cv-00048) was closed without notifying me.

I quit the Job because multiple harrassments, based on false accusation, defamation from employee receiving orders from manager and supervisor. Many time I received discrimation. The harrassment and discrimination it was based on calling me 'Honey' acording to them I was someone else who respond to that nickname (Honey), employee co-worker place pink note on my work station and in my computer desk when I was a Team-leader. The mesage was to tell me that I was gay. One day I was told by a co-worker that bar/club I visit is For gay, in another ocasion I was told by a co-worker that the T-shirt I was wearing it used to be white when I first started working at the facilities and now is black.

I was called mother Fucker by a supervisor assistant, bitch by others co-worker specially at lunch time. I received this type of insult and harrassment many time.

The company Fire three African American blaming me for my complain against them. later I realize it was a set-up. One them was told to leave a package under the table, after I found the package he was fired. I complained about a manager from Georgia For touching my shoulder, and days later he was transfer or fired. I was blocked from moving to another position.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

The inter version on my cell and laptops per deere For Many years, every time that I contacted a lawyer office, I never was able to reach that lawyer, or they did not answer my call. I contacted, the N. H lawyer board (free lawyer) and summited my complain to them and never received answer. I was force to become Homeless in 2016, when I got evitted from my apartment, and the assistant of supervisor, she knew about it, they also were playing a game with me that I was the reencarnation of Tupack (the Rapper, and many others). So I believe that the ideas of me to become homeless it was planned.

On Tuesday and Friday they always try to get me angry, harrassing me by 'F' words or disturbing me they said tha an spirit could come upon me and miracle could made. They said That I could help employee to Find a better Jobs, help companies to sucess, growth revenue. They believe that I could read other employee or people mind, and normally after I was harrass and possess, I won't remember nothing next days. in others words, iF the harrass me on Tuesday, wenesday I would be someone else, same on Friday. They also, said that others employee, specially manager have the right to become me, used me. saying that I was possed or manipulated by them.

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 10/11/2023

Signature: _Anomeuir Bey Sameu_