```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Inosencio Baez Samora

    v.                                              Case No. 23-cv-469-LM-AJ

UPS-scs, et al

<u>ORDER</u>

   No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 26, 2024. For the reasons explained therein, the defendant's motion to dismiss (Doc. No. 5) is granted. The clerk shall enter judgment and close this case.

   "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                              _____
                                                               Landya B. McCafferty
                                                                Chief Judge

Date: April 23, 2024

cc:  Inosencio Baez Samora, pro se
     Counsel of Record